NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000418
12-JUL-2011
02:17 PM

NO. CAAP-11-0000418

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ERNEST W. BARREIRA, Appellant-Appellant, v.
JUDICIARY, STATE OF HAWAIʻI, Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0961)

ORDER APPROVING STIPULATION TO
DISMISS APPEAL FILED ON MAY 23, 2011 WITH PREJUDICE
(By: Nakamura, C.J, Foley and Fujise, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal filed on May 23, 2011 With Prejudice and the records and files herein, it appears that Appellant Ernest W. Barreira and Appellee Judiciary, State of Hawaiʻi, have agreed to dismiss this appeal with the parties to bear their own costs and fees. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawaiʻi, July 12, 2011.

Chief Judge

Associate Judge

Associate Judge